# Court of Appeals
# of the State of Georgia

ATLANTA, _November 09, 2012_

*The Court of Appeals hereby passes the following order:*

### A13A0457. ROBERT MCGUIGAN v. ATLANTA BRAIN AND SPINE CARE, P.C. et al.

The above-referenced appeal was docketed with this Court on October 26, 2012. On November 7, 2012, Appellees filed a motion to remand to the Superior Court of Fulton County on the grounds that this case was docketed prematurely. Appellees contend that the transcript from a July 20, 2012 hearing on a Motion for Summary Judgment and Renewed Motion to Dismiss were not included with the appeal, despite the Appellant's designation that a transcript of evidence and proceedings would be filed for inclusion in the record. Thus, pursuant to Court of Appeals Rule 11 (d), Appellees request that this case be remanded to the trial court until such time as the record is so prepared and delivered to this Court. Appellees' motion to remand is hereby ***GRANTED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/09/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*